| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>PNC Bank, N.A. | **Order Filed on November 30, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Jeanne Ferrari,<br><br>Debtor. | Case No.: 16-18691-MBK<br>Adv. No.:<br>Hearing Date: 11/22/16 @10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 30, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Document    Page 2 of 2

Page 2
Debtor:        Jeanne Ferrari
Case No.:      16-18691-MBK
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property located at 1 Abrams Road, Milford, NJ 08848, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Andre Kydala, Esquire, attorney for Debtor, Jeffrey Hess, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim of $733.00 will be treated outside of Debtor's Chapter 13 plan;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the post-petition payment made by Debtor in May of 2016 can be and will be applied to the pre-petition payment due May 1, 2016; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee is not to pay the arrearage claim 5; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall continue to make post-petition payments in accordance with the terms of the note, mortgage, and applicable notices of payment changes; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.