| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>PNC Bank, N.A. |
| In Re:<br><br>Jeanne Ferrari,<br><br>Debtor. |

**Order Filed on November 30, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  16-18691-MBK

Adv. No.:

Hearing Date:  11/22/16 @10:00 a.m.

Judge:  Michael B. Kaplan

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 30, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Jeanne Ferrari
Case No.: 16-18691-MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property located at 1 Abrams Road, Milford, NJ 08848, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Andre Kydala, Esquire, attorney for Debtor, Jeffrey Hess, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim of $733.00 will be treated outside of Debtor's Chapter 13 plan;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the post-petition payment made by Debtor in May of 2016 can be and will be applied to the pre-petition payment due May 1, 2016; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee is not to pay the arrearage claim 5; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall continue to make post-petition payments in accordance with the terms of the note, mortgage, and applicable notices of payment changes; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-18691-MBK
Jeanne Ferrari                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1                Date Rcvd: Nov 30, 2016
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db            +Jeanne Ferrari,    1 Abrams Rd,    Milford, NJ 08848-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andre L. Kydala    on behalf of Debtor Jeanne  Ferrari kydalalaw@aim.com, kydalalaw@aim.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corp,
               nj_ecf_notices@buckleymadole.com
                                                                                              TOTAL: 5