LAW OFFICE OF ANDRE L. KYDALA
54 Old Highway 22
P.O. BOX 5537
CLINTON, NJ  08809
(908) 735-2616
ATTORNEY FOR DEBTOR
ALK-2393

|  |  |
|---|---|
| IN THE MATTER OF:<br><br>Jeanne Ferrari | UNITED STATES  BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br><br>CASE NO: 16-18691<br><br>CERTIFICATION IN SUPPORT  OF SALE OF PROPERTY |

I, Jeanne Ferrari, hereby certify and state:

1) I am the Debtor herein.

2) I filed Chapter 11 bankruptcy on May 3 2016.

3) When I filed I was not in foreclosure. The filing was necessary due to unsecured debts I accrued from my ex-fiancé

4) The property known as 1 Abrams Rd Milford NJ was sold for $283,000.00 (SEE EXHIBIT A). I believe that this price is acceptable and due to the money I put in to repair and upgrade the property over the last 40 months while I was in Bankruptcy.

5) The current amount due on the mortgage is $134,000.00.

I hereby certify and state that the forgoing statement made by me is true and if it is willfully false I am subject to

punishment.

    /S/ Jeanne Ferrari