UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala
PO Box 5537
Clinton NJ 08809

In Re:

JEANNE FERRARI

Case No.:    _16-18691_____

## ORDER AUTHORIZING RETENTION OF

_____Marla Witter/ Weichert_____

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain ___Marla Witter_____ as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   ___Weichert_____
                                    ___221 S Main Street_____
                                    ___Flemington NJ 08822_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*