UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Andre Kydala, Esq.**
12 Lower Center Street
PO Box 5537
Clinton, NJ 08809
908-735-2616
Attorneys for Debtor

Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeanne Ferrari,

                Debtor.

Case No.: 16-18691

Chapter 7

Judge: Hon. Michael B Kaplan

## ORDER AUTHORIZING THE SALE OF REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: November 18, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:       Jeanne Ferrari
Case No.:    16-18691
Caption of Order: Order Authorizing Sale of 1 Abrams Rd Milford NJ

---

This matter having been brought before the Court pursuant to an Application of the Debtor for an Order Authorizing the sale of 1 Abrams Rd Milford NJ

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contact of sale pursuant to !1USC 363(b) and !303

2. The proceeds of sale must be used to satisfy the liens on the property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. Sufficient funds may be held in the trust account of Debtor's attorney appointed as special counsel to close the sale of real estate to pay broker's commissions and attorney's fees upon further order of this court. The real estate broker appointed in this matter as well as special counsel shall file applications for payment of fee's with the court and those fees will only be paid after the entry of an order of the court allowing fees. .

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided in the contract of sale may be made at closing.

5. The balance due on the Debtor's plan must be paid the chapter 13 trustee.

6. The remainder of the funds may be paid to the Debtor.

7. A copy of Closing Disclosure Statement, ALTA or HUD 1 which ever is used must be forwarded to the Chapter 13 trustee within 7 days after closing.