UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Andre Kydala, Esq.**
12 Lower Center Street
PO Box 5537
Clinton, NJ 08809
908-735-2616
Attorneys for Debtor

Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeanne Ferrari,

                Debtor.

Case No.: 16-18691

Chapter 7

Judge: Hon. Michael B Kaplan

# ORDER AUTHORIZING THE SALE OF REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: November 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:      Jeanne Ferrari
Case No.:    16-18691
Caption of Order: Order Authorizing Sale of 1 Abrams Rd Milford NJ

___

This matter having been brought before the Court pursuant to an Application of the Debtor for an Order Authorizing the sale of 1 Abrams Rd Milford NJ

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contact of sale pursuant to !1USC 363(b) and !303

2. The proceeds of sale must be used to satisfy the liens on the property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. Sufficient funds may be held in the trust account of Debtor's attorney appointed as special counsel to close the sale of real estate to pay broker's commissions and attorney's fees upon further order of this court. The real estate broker appointed in this matter as well as special counsel shall file applications for payment of fee's with the court and those fees will only be paid after the entry of an order of the court allowing fees. .

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided in the contract of sale may be made at closing.

5. The balance due on the Debtor's plan must be paid the chapter 13 trustee.

6. The remainder of the funds may be paid to the Debtor.

7. A copy of Closing Disclosure Statement, ALTA or HUD 1 which ever is used must be forwarded to the Chapter 13 trustee within 7 days after closing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 16-18691-MBK
Jeanne Ferrari                                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Nov 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db            #+Jeanne Ferrari,    1 Abrams Rd,    Milford, NJ 08848-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andre L. Kydala    on behalf of Debtor Jeanne  Ferrari kydalalaw@aim.com, kydalalaw@aim.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp,
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
                                                                                              TOTAL: 5