| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Andre L. Kydala<br>PO Box 5537<br>Clinton NJ 08809 | |
| In Re:<br>Jeanne Ferrari | Case No.: __16-18691__<br>Judge: __MBK__<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ___Feb 4 2020___, at __9am__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Payment of 5,129.00 SEE ATTACHED next day mailed 1/29/2020 by Law Office of Andre L. Kydala

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/29/2020                                     /s/ Jeanne Ferrari
                                                    Debtor's Signature

Date: _____                                _____
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

**Northfield Bank**
581 Main Street, Suite 810
Woodbridge, NJ 07095
1-7145/2260

No. 290755

CASHIER'S CHECK
TWO SIGNATURES REQUIRED

Date 01/25/2020

AMOUNT $5,129.00

Remitter: JEANNE M. FERRARI***

PAY TO THE ORDER OF   ALBERT RUSSO TRUSTEE**

** Five Thousand One Hundred Twenty Nine and 00/100******************

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈290755⑈ ⑆226071457⑆ 0570200095⑈

290755

Date 01/25/2020

$5,129.00

Remitter: JEANNE M. FERRARI***

ALBERT RUSSO TRUSTEE**

** Five Thousand One Hundred Twenty Nine and 00/100************************

01/25/2020                                12:48 PM
Br# 41 Tlr#4108 Seq# 27
Account XXXXX0075
Teller Checks 5,129.00